**SNYDER BURNETT EGERER, LLP**
**Sean R. Burnett (SB# 227952)**
**Megan J. McMahon (SB# 324041)**
5383 Hollister Avenue, Suite 240
Santa Barbara, California 93111
Telephone No.: 805.692.2800
Facsimile No.: 805.692.2801
sburnett@sbelaw.com
mmcmahon@sbelaw.com

Attorneys for Defendant TARGET CORPORATION

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ROSARIO MARISCAL, an individual; PETRA ALVAREZ, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> TARGET CORPORATION; and DOES 1 to 100, <br><br> Defendants. | Case No. <br><br> [Los Angeles County Superior Court Case No. 19STCV17973] <br><br> **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §§ 1332 AND 1441(b)** |

**TO THE CLERK OF THE ABOVE-CAPTIONED COURT:**

**PLEASE TAKE NOTICE** that defendant TARGET CORPORATION ("defendant") hereby removes the state court action described below to the above-captioned court on the following grounds:

1. On or about June 4, 2019, plaintiffs ROSARIO MARISCAL and PETRA ALVAREZ ("plaintiffs") filed Case No. 19STCV17973 in the Superior Court of the State of California, County of Los Angeles, entitled *Rosario Mariscal et al v. Target Corporation*. The Complaint asserts causes of action for general negligence and premises liability related to an allegedly dangerous condition on defendant's property. A true and correct copy of the Complaint is attached hereto as Exhibit 1.

2. The Complaint was served on defendant on June 20, 2019.

3. As set forth below, this is a civil action between parties domiciled in different states, over which this court has original jurisdiction under 28 U.S.C. § 1332, and which may be removed to this Court by defendant pursuant to the provisions of 28 U.S.C. § 1441(b).

4. Plaintiffs are, and at all relevant times were, residents and citizens of California. Shortly after the incident, plaintiff reported to defendant's claims personnel that they live in Mission Hills, California.

5. Defendant is, and at all relevant times was, a corporation duly organized and existing under the laws of Minnesota, with its principal place of business in Minneapolis, Minnesota. Defendant is not, and was not at any relevant time, a citizen of California.

6. On June 20, 2019, plaintiffs served defendant a Statement of Damages along with the Complaint. The Statement of Damages alleges that each plaintiff is seeking $100,000.00 in special damages and $100,000.00 general damages. A true and correct copy of the Statement of Damages is attached hereto as Exhibit 2.

7. A true and correct copy of the proof of service of the Complaint and Statement of Damages on defendant is attached hereto as Exhibit 3.

8. The amount in controversy exceeds the $75,000 jurisdictional minimum of this Court.

9. The time within which defendant is required to file a Notice of Removal has not yet expired.

10. Removal to this Court is proper, as the Superior Court of the State of California, County of Los Angeles, where this action was commenced, is located within the Central District of California.

11. Defendant will give written notice of the filing of this Notice as required by 28 U.S.C. § 1446(d), and will also file a copy of this Notice with the Clerk of the Los Angeles County Superior Court, as required by 28 U.S.C. §

SNYDER BURNETT
EGERER, LLP
5383 Hollister Avenue
Suite 240
Santa Barbara, CA 93111

2

**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §§ 1332 AND 1441(b)**

SNYDER BURNETT
EGERER, LLP
5383 Hollister Avenue
Suite 240
Santa Barbara, CA 93111

1446(d).

WHEREFORE, defendant respectfully requests that the above-captioned matter be removed to this Court.

Dated: July 19, 2019					SNYDER BURNETT EGERER, LLP

						*/s/ Sean R. Burnett*
						_____
						By: Sean R. Burnett / Megan J. McMahon
						Attorneys for Defendant TARGET CORPORATION

3

**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §§ 1332 AND 1441(b)**