# EXHIBIT 1

Assigned for all purposes to: Spring Street Courthouse, Judicial Officer: Stephen Goorvitch
Electronically FILED by Superior Court of California, County of Los Angeles on 05/23/2019 02:13 PM Sherri R. Carter, Executive Officer/Clerk of Court, by M. Barel,Deputy Clerk

**PLD-PI-001**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| EVERARDO VARGAS VALENCIA, ESQ., (131412)<br>Law Offices of Everardo Vargas Valencia, A Professio<br>601 South Brand Boulevard, Suite 200<br>San Fernando, CA 91340<br>TELEPHONE NO: (818) 361-6662  FAX NO. *(Optional):* (818) 361-8046<br>E-MAIL ADDRESS *(Optional):* attorney@laweverardovalencia.com<br>ATTORNEY FOR *(Name):* Mariscal Rosario, et al. | COURT SVCS. DIVISION<br>COUNTY COURTHOUSE<br>2019 JUN -4 PM 3:00 |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles
STREET ADDRESS: 111 N Hill St.
MAILING ADDRESS: Same as Above
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME: Stanley Mosk Courthouse

PLAINTIFF: Rosario Mariscal an Individual; Petra Alvarez, an Individual

DEFENDANT: Target Corporation

[✓] DOES 1 TO 100

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**
[ ] **AMENDED** *(Number):*
Type *(check all that apply):*
[ ] **MOTOR VEHICLE**   [✓] **OTHER** *(specify):*
   [ ] Property Damage   [ ] Wrongful Death
   [✓] Personal Injury   [ ] Other Damages *(specify):*

Jurisdiction *(check all that apply):*
[ ] **ACTION IS A LIMITED CIVIL CASE**
   Amount demanded   [ ] does not exceed $10,000
                     [ ] exceeds $10,000, but does not exceed $25,000
[✓] **ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)**
[ ] **ACTION IS RECLASSIFIED by this amended complaint**
   [ ] from limited to unlimited
   [ ] from unlimited to limited

CASE NUMBER:

1. Plaintiff *(name or names):* Rosario Mariscal, an Individual; Petra Alvarez, an Individual
   alleges causes of action against defendant *(name or names):*
   Target Corporation
2. This pleading, including attachments and exhibits, consists of the following number of pages:
3. Each plaintiff named above is a competent adult
   a. [ ] except plaintiff *(name):*
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity *(describe):*
      (3) [ ] a public entity *(describe):*
      (4) [ ] a minor [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other *(specify):*
      (5) [ ] other *(specify):*
   b. [ ] except plaintiff *(name):*
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity *(describe):*
      (3) [ ] a public entity *(describe):*
      (4) [ ] a minor [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other *(specify):*
      (5) [ ] other *(specify):*

[ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3
Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]
COMPLAINT—Personal Injury, Property Damage, Wrongful Death
Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

PLD-PI-001

| SHORT TITLE: Mariscal, et al. v Target Corporation, et al. | CASE NUMBER: |
|---|---|

4. ☐ Plaintiff *(name)*:
   is doing business under the fictitious name *(specify)*:

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. ☑ except defendant *(name)*: Target Corporation
      (1) ☐ a business organization, form unknown
      (2) ☑ a corporation
      (3) ☐ an unincorporated entity *(describe)*:

      (4) ☐ a public entity *(describe)*:

      (5) ☐ other *(specify)*:

   c. ☐ except defendant *(name)*:
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe)*:

      (4) ☐ a public entity *(describe)*:

      (5) ☐ other *(specify)*:

   b. ☐ except defendant *(name)*:
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe)*:

      (4) ☐ a public entity *(describe)*:

      (5) ☐ other *(specify)*:

   d. ☐ except defendant *(name)*:
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe)*:

      (4) ☐ a public entity *(describe)*:

      (5) ☐ other *(specify)*:

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☑ Doe defendants *(specify Doe numbers)*: 100 were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. ☐ Doe defendants *(specify Doe numbers)*: _____ are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names)*:

8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☑ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other *(specify)*:

9. ☑ Plaintiff is required to comply with a claims statute, and
   a. ☑ has complied with applicable claims statutes, or
   b. ☐ is excused from complying because *(specify)*:

PLD-PI-001

| SHORT TITLE: Rosario, et al., v Target Corporation, et al. | CASE NUMBER: |
|---|---|

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached)*:
    a. ☐ Motor Vehicle
    b. ☑ General Negligence
    c. ☐ Intentional Tort
    d. ☐ Products Liability
    e. ☑ Premises Liability
    f. ☐ Other *(specify)*:

11. Plaintiff has suffered
    a. ☐ wage loss
    b. ☐ loss of use of property
    c. ☑ hospital and medical expenses
    d. ☑ general damage
    e. ☐ property damage
    f. ☐ loss of earning capacity
    g. ☐ other damage *(specify)*:

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
    a. ☐ listed in Attachment 12.
    b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
    a. (1) ☑ compensatory damages
       (2) ☐ punitive damages
    The amount of damages is *(in cases for personal injury or wrongful death, you must check (1))*:
       (1) ☑ according to proof
       (2) ☐ in the amount of: $

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers)*:

Date: 05/23/2019

Everardo Vargas Valencia, Esq.
(TYPE OR PRINT NAME)

_____
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001 [Rev. January 1, 2007]

COMPLAINT—Personal Injury, Property Damage, Wrongful Death

Page 3 of 3

PLD-PI-001(2)

| SHORT TITLE: Mariscal, et al. v. Target Corporation, et al. | CASE NUMBER: |
|---|---|

__Second__ **CAUSE OF ACTION—General Negligence**   Page __4__
(number)

ATTACHMENT TO: ☑ Complaint   ☐ Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name):* Rosario Mariscal, an Individual; Petra Alvarez, an Individual

alleges that defendant *(name):* Target Corporation and Does 1 to 100

☑ Does __1__ to __100__

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff
on *(date):* 05/24/2017
at *(place):* 11133 Balboa Boulevard, Granada Hill, CA

*(description of reasons for liability):*

Plaintiff was walking inside Target Store in Granada Hills when she slipped and fell on the escalators. Defendants had a duty to maintain the facility in a safe and reasonable condition so as to prevent Plaintiff from being injured by obstructions, dangerous conditions, or other dangerous defects that posed a reasonable threat of harm to Plaintiff. The dangerous condition, as described herein, caused severe injuries to Plaintiff.

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]

**CAUSE OF ACTION—General Negligence**

Code of Civil Procedure 425.12
www.courtinfo.ca.gov

PLD-PI-001(4)

| SHORT TITLE: Mariscal, et al. v. Target Corporation, et al. | CASE NUMBER: |
|---|---|

**FIRST**    **CAUSE OF ACTION—Premises Liability**    Page 5
(number)

ATTACHMENT TO    [✓] Complaint    [ ] Cross - Complaint
*(Use a separate cause of action form for each cause of action.)*

**Prem.L-1.** Plaintiff *(name):* Rosario Mariscal, an Individual; Petra Alvarez, an Individual
alleges the acts of defendants were the legal (proximate) cause of damages to plaintiff.
On *(date):* 05/24/2017    plaintiff was injured on the following premises in the following
fashion *(description of premises and circumstances of injury):*

Plaintiff was in Defendants Store located at 11133 Balboa Bouelvard, Granada Hills, CA. Defendants had a duty to maintain said premises in a safe and reasonable condition so as to prevent Plaintiff from being injured by obstructions, dangerous conditions, or other dangerous defects that posed a reasonable threat of harm to Plaintiff. The dangerous condition, as described herein, caused severe injuries to Plaintiff on the escalator.

**Prem.L-2.**    [✓] **Count One—Negligence** The defendants who negligently owned, maintained, managed and operated the described premises were *(names):*

Target Corporation

[✓] Does 1 to 20

**Prem.L-3.**    [✓] **Count Two—Willful Failure to Warn [Civil Code section 846]** The defendant owners who willfully or maliciously failed to guard or warn against a dangerous condition, use, structure, or activity were *(names):*

Target Corporation

[✓] Does 21 to 40

Plaintiff, a recreational user, was    [✓] an invited guest    [✓] a paying guest.

**Prem.L-4.**    [✓] **Count Three—Dangerous Condition of Public Property** The defendants who owned public property on which a dangerous condition existed were *(names):*

Target Corporation

[✓] Does 41 to 60

a. [ ] The defendant public entity had [ ] actual [ ] constructive notice of the existence of the dangerous condition in sufficient time prior to the injury to have corrected it.
b. [ ] The condition was created by employees of the defendant public entity.

**Prem.L-5.** a. [✓] **Allegations about Other Defendants** The defendants who were the agents and employees of the other defendants and acted within the scope of the agency were *(names):*

Target Corporation

[✓] Does 61 to 100

b. [ ] The defendants who are liable to plaintiffs for other reasons and the reasons for their liability are
[ ] described in attachment Prem.L-5.b [✓] as follows *(names):*

Plaintiff was injured due to Defendants failure to maintain said premises in a safe and reasonable condition so as to prevent Plaintiff from being injured.

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(4) [Rev. January 1, 2007]

**CAUSE OF ACTION—Premises Liability**

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov