JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ROSARIO MARISCAL, an individual; PETRA ALVAREZ, an individual,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>TARGET CORPORATION, and DOES 1 to 100,<br><br>　　　　Defendants. | Case No. 2:19-cv-06240 PA (SSx)<br><br>[Los Angeles County Superior Court Case No. 19STCV17973]<br><br>**ORER RE STIPULATION TO CAP DAMAGES AND REMAND TO STATE COURT**<br><br>[Stipulation to Cap Plaintiffs' Damages and Remand to State Court filed concurrently] |

Good cause appearing therefor, the Court orders as follows:

1. This matter shall be immediately remanded to the Superior Court of the State of California, County of Los Angeles, where the parties to the Stipulation have agreed that Plaintiffs' total combined recovery in this matter will be capped at $74,999.00.

2. All pending deadlines and hearings in this Court are hereby vacated.

IT IS SO ORDERED.

Dated: __August 20, 2019__       _____
　　　　　　　　　　　　　　　　　　　Hon. Percy Anderson
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT

1

**[PROPOSED] ORDER ON STIPULATION TO CAP DAMAGES AND REMAND TO STATE COURT**